**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1678**

─────────────

OMAR SALEM HELABI,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

─────────────

On Petition for Review of an Order of the Board of Immigration
Appeals. (A72-563-431)

─────────────

Submitted: November 9, 2001     Decided: November 20, 2001

─────────────

Before WIDENER, WILKINS, and GREGORY, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Kenneth F. Liberstein, Washington, D.C., for Petitioner. Robert D.
McCallum, Jr., Assistant Attorney General, David V. Bernal, Assis-
tant Director, Nelda C. Reyna, Office of Immigration Litigation,
Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondents.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Omar Salem Helabi, a native and citizen of Yemen, petitions this court for review of a final order of the Board of Immigration Appeals denying his application for asylum. After a through review of the record, we find that substantial evidence supports the Board's conclusion that Helabi did not qualify for asylum because he was "firmly resettled" in Saudi Arabia prior to coming to the United States. See § 8 C.F.R. 208.14(a)(2) (2001); Mussie v. INS, 172 F.3d 329, 331-32 (4th Cir. 1999). Accordingly, the petition for review is denied.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED